UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                          :

v.                                     : Crim. No. 22-96-09 (CKK)

JOAN BELL                              :

### LIMITED WAIVER OF SPEEDY TRIAL RIGHTS

Comes now the defendant, Joan Bell, through undersigned counsel, and after having been advised of her rights under the Speedy Trial Act, 18 U.S.C. §3161, hereby waives those rights only through the time period between April 29, 2022 and June 13, 2022.

/s/
Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
(202) 544-7626 (facsimile)
E-mail: sfbrennwald@cs.com

I agree with the statement above:

_Joan Bell_ +
Joan Bell

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 27th day of May, 2022, to all parties of record herein.

/s/
_____
Stephen F. Brennwald