UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **Case No.: 22-CR-96 (CKK)** |
| **LAUREN HANDY, et al.** ) | |
| ) | |
| Defendants ) | |

**DEFENDANT JOAN BELL'S UNOPPOSED
MOTION TO EXTEND MOTIONS DEADLINE**

COMES NOW defendant, Joan Bell, through undersigned counsel, Stephen F. Brennwald, Esq., and in support of her Unopposed Motion to Extend Motions Deadline, states as follows:

1. Defense motions (discovery and non-evidentiary motions) are due today, December 9, 2022.

2. Pursuant to this Court's August 8, 2022, Pretrial Scheduling Order, the government was to provide discovery pursuant to any superseding indictment by December 2, 2022.

3. The government expects to meet that obligation in defendant's case by January 20, 2023.

4. Given that timeline, the government does not oppose an extension of defendant's motions deadline to January 27, 2023.

5. It is in the interest of justice that defendant be allowed to file motions once all discovery has been completed.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, defendant asks that her motions deadline (as to any motions that are due today, December 9, 2022) be extended to January 27, 2023, and for any other relief this Court deems just and proper.

Respectfully submitted,

*Stephen F. Brennwald*

_____
Stephen F. Brennwald, Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
sfbrennwald@cs.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 9th day of December, 2022, to all counsel of record in this case.

*Stephen F. Brennwald*

_____
Stephen F. Brennwald