UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>)<br>v.     )<br>)     Case No.:  22-CR-96 (CKK)<br>**LAUREN HANDY, et al.**     )<br>)<br>Defendants     ) | |

**ORDER**

Upon consideration of Defendant Joan Bell's Unopposed Motion to Extend Discovery Deadline, it is, this _____ day of _____, 2022, hereby

ORDERED, that defendant's motion is GRANTED.  Defendant Joan Bell shall file any pretrial motions that were due on December 9, 2022, no later than January 27, 2023.

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge