**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | )   **Case No.:  22-CR-96 (CKK)** |
| **JOAN BELL** | ) |
| | **)** |
| Defendants | ) |

**DEFENDANT'S NOTICE OF JOINDER**

Defendant, Joan Bell, hereby notes her Joinder of the Replies filed by co-defendants in this matter, including, but not limited to, ECF Doc. 196, 197, and 198, as well as all other replies filed on behalf of any other co-defendant.

Respectfully submitted,

*Stephen F. Brennwald*

_____
Stephen F. Brennwald, Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
sfbrennwald@cs.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 17th day of March, 2023, to all counsel of record in this case.

*Stephen F. Brennwald*

_____
Stephen F. Brennwald