UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | )  **Case No.:  22-CR-96 (CKK)** |
| **JOAN BELL** | ) |
| | ) |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW defendant, Joan Bell, through undersigned counsel, Stephen F. Brennwald, Brennwald & Robertson, and in support of counsel's motion to withdraw, states as follows:

Defendant is charged with two offenses as a result of alleged efforts to interfere with patients' access to abortion services at a local health clinic in Washington, D.C.

She recently indicated to counsel that she wishes to represent herself in this case, and wrote:

> Joan Bell's notice of gratitude for your kind and excellent representation, but from this point on I wish to go pro se and represent myself. The children scheduled to die at the death facility where we were arrested … had no day in court , no due process, and no lawyer appointed to represent them.[1]

In light of the foregoing, undersigned counsel moves to withdraw, and for any other relief this Court deems just and proper.

Respectfully submitted,

*Stephen F. Brennwald*

_____
Stephen F. Brennwald, Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
sfbrennwald@cs.com

---

[1] Defendant indicated to counsel that she wanted counsel to include this statement in counsel's motion to withdraw.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 16th day of June, 2023, to all counsel of record in this case.

                                       *Stephen F. Brennwald*

                                       _____
                                       Stephen F. Brennwald