# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Case No.: 22-CR-96 (CKK) |
| **JOAN BELL** ) | |
| ) | |

## NOTICE OF JOINDER

COME NOW defendant, Joan Bell, through undersigned counsel, Stephen F. Brennwald, Brennwald & Robertson, and provides Notice of her Intent to Join co-defendant Lauren Handy's motion for enlargement of time (ECF Doc. 256).

Respectfully submitted,

*Stephen F. Brennwald*

_____
Stephen F. Brennwald, Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
sfbrennwald@cs.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 16th day of June, 2023, to all counsel of record in this case.

*Stephen F. Brennwald*

_____
Stephen F. Brennwald