# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 22-CR-96 (CKK)** |
| : | |
| **LAUREN HANDY,** : | |
| **JONATHAN DARNEL,** : | |
| **PAULA "PAULETTE" HARLOW,** : | |
| **JEAN MARSHALL,** : | |
| **JOHN HINSHAW,** : | |
| **HEATHER IDONI,** : | |
| **WILLIAM GOODMAN,** : | |
| **JOAN BELL, and** : | |
| **HERB GERAGHTY,** : | |
| : | |
| **Defendants.** : | |

## STIPULATIONS REGARDING AUTHENTICITY ONLY

The government, by the undersigned attorneys, and the Defendants, along with their counsel, hereby stipulate and agree as follows:

The documents and other materials identified below in stipulation numbers 1 through 6, whether in their entirety, or excerpts taken from those documents and materials, are authentic and do not require additional foundational testimony from a records custodian or other pertinent authentication witness. Both parties reserve their rights to object to their admissibility on any other ground.

| Stipulation No. | Exhibit No. | Description | Beginning Bates No. |
|---|---|---|---|
| 1 | 1008 | Clinic video patient waiting room | US-0002246 |
| 2 | 1079 | Clinic video hallway | US-0004457 |
| 3 | 1029 | FB live stream video 1 | US-0002270 |
| 4 | 1030 | FB live stream video 2 | US-0002271 |
| 5 | 1016 | Homere Whyte's full body worn camera video | US-0002254 |

1

The parties hereby stipulate and agree that the forensic examination of the electronic device described below, in stipulation number 6, is authentic and that the government need not call a witness to authenticate or provide a foundation or chain of custody for it. The parties agree that the forensic examination is admissible at trial to the same extent as the original digital device. Both parties reserve their rights to object to its admissibility on any other ground.

| Stipulation No. | Exhibit No. | Description | Beginning Bates No. |
| --- | --- | --- | --- |
| 6 | 4001 | Lauren Handy's cell phone | US-0009268 |

The documents and other materials identified below, in stipulation number 7 through 37 whether in their entirety, or excerpts taken from those documents and materials, are (1) authentic and do not require additional foundational testimony from a records custodian or other pertinent authentication witness and (2) constitute records of regularly conducted activity under Federal Rule of Evidence 803(6) and are non-hearsay. Both the government and the defense reserve the right to challenge the admissibility of the evidence on any other grounds.

| Stipulation No. | Exhibit No. | Description | Beginning Bates No. |
| --- | --- | --- | --- |
| 7 | 5053 | Hazel Jenkins appointment card | US-0002238 |
| 8 | 5001 | AirBnB records- guest info | US-0001417 |
| 9 | 5002 | AirBnB records- payment records | US-0001421 |
| 10 | 5021 | Mercy Missions records | US-0001700 |
| 11 | 5022 | Mercy Mission records- additional payments | US-0001701 |
| 12 | 5023 | Mercy Mission records- Handy account | US-0001702 |
| 13 | 3004 | Handy Facebook post | US-0002272 |
| 14 | 3005 | Handy Facebook post | US-0002273 |
| 15 | 3006 | Handy Facebook post | US-0002274 |
| 16 | 3007 | Handy Facebook post | US-0002275 |
| 17 | 3008 | Handy Facebook linked press release | US-0002276 |
| 18 | 5082 | Handy Facebook messages | US-0003012 |

| 19 | 5083 | Handy Facebook messages | US-0003015 |
| 20 | 5091 | Handy Facebook messages | US-0003116 |
| 21 | 3001 | Darnel Facebook post | US-0002255 |
| 22 | 3002 | Darnel Facebook post | US-0002256 |
| 23 | 3003 | Darnel Facebook post | US-0002257 |
| 24 | 5063 | Darnel Facebook activity log | US-0002490 |
| 25 | 5066 | Darnel Facebook group messages | US-0002735 |
| 26 | 5070 | Darnel Facebook messages | US-0002757 |
| 27 | 5071 | Darnel Facebook messages | US-0002783 |
| 28 | 5072 | Darnel Facebook messages | US-0002786 |
| 29 | 5073 | Darnel Facebook posts | US-0002787 |
| 30 | 5033 | Phone records for Darnel from Verizon | US-0002168 |
| 31 | 5051 | Phone records for Darnel from Verizon | US-0002236 |
| 32 | 5052 | Phone records for Darnel from Verizon | US-0002237 |
| 33 | 5042 | Phone records for Darnel from Verizon | US-0002187 |
| 34 | 5039 | Subscriber records from Verizon for (703) 232-1746 | US-0002176 |

| 35 | 5110 | Phone records for Handy from T-Mobile | US-0009263 |
|----|------|---------------------------------------|------------|
| 36 | 5113 | Phone records for Handy from T-Mobile | US-0009245 |
| 37 | 5109 | Subscriber records from T-Mobile for (434) 420 9634 | US-0009265 |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052
*/s/ John Crabb Jr.*
JOHN CRABB JR.
NY Bar No. 2367670
REBECCA G. ROSS
NY Bar No. 5590666
Assistant United States Attorneys
john.d.crabb@usdoj.gov
rebecca.ross2@usdoj.gov


KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
Email: Sanjay.Patel@usdoj.gov