# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **NO. 22-cr-00096-CKK** |
| : | |
| **v.** : | |
| : | |
| **JOHNATHAN DARNEL et al.,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S EXHIBIT LIST

The Government hereby submits its updated exhibit list, attached hereto as Exhibit A, in advance of the second trial in case number 22-CR-00096, which is set for September 6, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
*/s/ Rebecca G. Ross*
REBECCA G. ROSS
NY Bar No. 5590666
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
Email: Rebecca.Ross2@usdoj.gov

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
Email: Sanjay.Patel@usdoj.gov

## **CERTIFICATE OF SERVICE**

Rebecca G. Ross, attorney for the United States, hereby certifies that a true and correct copy of the motion has been electronically filed and accordingly served upon attorney for the defendant.

*/s/ Rebecca G. Ross*
Rebecca G. Ross