Joint

Court

Lauren Handy, et al.

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1001 | Clinic Surveillance Video Clip | | | | |
| 1002 | Clinic Surveillance Video Clip | | | | |
| 1003 | Clinic Surveillance Video Clip | | | | |
| 1004 | Clinic Surveillance Video Clip | | | | |
| 1005 | Clinic Surveillance Video Clip | | | | |
| 1006 | Clinic Surveillance Video Clip | | | | |
| 1007 | Clinic Surveillance Video Clip | | | | |
| 1008 | Clinic Surveillance Video | | | | |
| 1009 | MPD BWC Video Clip | | | | |
| 1010 | MPD BWC Video Clip | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1011 | MPD BWC Video Clip | | | | |
| 1012 | MPD BWC Video Clip | | | | |
| 1013 | MPD BWC Video Clip | | | | |
| 1014 | MPD BWC Video Clip | | | | |
| 1015 | MPD BWC Video Clip | | | | |
| 1016 | MPD BWC Video | | | | |
| 1017 | Darnel Livestream Video Clip | | | | |
| 1018 | Darnel Livestream Video Clip | | | | |
| 1019 | Darnel Livestream Video Clip | | | | |
| 1020 | Darnel Livestream Video Clip | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1021 | Darnel Livestream Video Clip | | | | |
| 1022 | Darnel Livestream Video Clip | | | | |
| 1023 | Darnel Livestream Video Clip | | | | |
| 1024 | Darnel Livestream Video Clip | | | | |
| 1025 | Darnel Second Livestream Video Clip | | | | |
| 1026 | Darnel Second Livestream Video Clip | | | | |
| 1027 | Darnel Second Livestream Video Clip | | | | |
| 1028 | Darnel Second Livestream Video Clip | | | | |
| 1029 | Darnel Livestream Video | | | | |
| 1030 | Darnel Second Livestream Video | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1031 | Darnel Second Livestream Video | | | | |
| 1032 | Darnel and Geraghty Second Rescue Video | | | | |
| 1033 | Darnel and Geraghty Second Rescue Video | | | | |
| 1034 | Darnel Livestream Video | | | | |
| 1035 | Darnel and Geraghty Second Rescue Video | | | | |
| 1036 | Darnel and Geraghty Second Rescue Video | | | | |
| 1037 | Clinic Surveillance Video Clip | | | | |
| 1038 | Clinic Surveillance Video Clip | | | | |
| 1039 | MPD BWC Video | | | | |
| 1040 | MPD BWC Video | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1041 | MPD BWC Video | | | | |
| 1042 | MPD BWC Video | | | | |
| 1043 | MPD BWC Video | | | | |
| 1044 | MPD BWC Video | | | | |
| 1045 | MPD BWC Video | | | | |
| 1046 | MPD BWC Video | | | | |
| 1047 | MPD BWC Video | | | | |
| 1048 | MPD BWC Video | | | | |
| 1049 | MPD BWC Video | | | | |
| 1050 | MPD BWC Video | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1051 | MPD BWC Video | | | | |
| 1052 | MPD BWC Video | | | | |
| 1053 | MPD BWC Video | | | | |
| 1054 | Darnel Livestream Video | | | | |
| 1055 | Darnel Second Livestream Video | | | | |
| 1056 | [Intentionally left blank] | | | | |
| 1057 | MPD Interview Room Surveillance Video | | | | |
| 1058 | MPD Interview Room Surveillance Video | | | | |
| 1059 | MPD BWC Video | | | | |
| 1060 | MPD BWC Video | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1061 | MPD BWC Video | | | | |
| 1062 | MPD BWC Video | | | | |
| 1063 | MPD BWC Video | | | | |
| 1064 | MPD BWC Video | | | | |
| 1065 | MPD BWC Video | | | | |
| 1066 | MPD BWC Video | | | | |
| 1067 | MPD BWC Video | | | | |
| 1068 | MPD BWC Video | | | | |
| 1069 | MPD BWC Video | | | | |
| 1070 | MPD BWC Video | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1071 | [Intentionally left blank] | | | | |
| 1072 | MPD BWC Video | | | | |
| 1073 | MPD Interview Room Surveillance Video | | | | |
| 1074 | MPD Interview Room Surveillance Video | | | | |
| 1075 | Clinic Surveillance Video | | | | |
| 1076 | Clinic Surveillance Video | | | | |
| 1077 | Clinic Surveillance Video | | | | |
| 1078 | Clinic Surveillance Video | | | | |
| 1079 | Clinic Surveillance Video | | | | |
| 1079A | Clinic Surveillance Video Clip #1 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1079B | Clinic Surveillance Video Clip #2 | | | | |
| 1080 | Clinic Surveillance Video | | | | |
| 1081 | Clinic Surveillance Video | | | | |
| 1082 | Clinic Surveillance Video | | | | |
| 1083 | Clinic Surveillance Video | | | | |
| 1084 | Clinic Surveillance Video | | | | |
| 1085 | Video of Chained Blockaders | | | | |
| 1086 | Video of Nurse's Ankle | | | | |
| 1087 | Darnel Second Livestream Video Clip | | | | |
| 1088 | Darnel Second Livestream Video Clip | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1089 | Darnel Second Livestream Video Clip | | | | |
| 1090 | Darnel Second Livestream Video Clip | | | | |
| 1091 | Darnel Second Livestream Video | | | | |
| 1092 | Darnel Livestream Video Clip | | | | |
| 1093 | Darnel Livestream Video Clip | | | | |
| 1094 | Darnel Livestream Video Clip | | | | |
| 1095 | Darnel Livestream Video Clip | | | | |
| 1096 | Darnel Livestream Video Clip | | | | |
| 1097 | Darnel Livestream Video Clip | | | | |
| 1098 | Darnel Livestream Video Clip | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1099 | Darnel Livestream Video Clip | | | | |
| 1100 | Darnel Livestream Video | | | | |
| 1101 | MPD BWC Video Clip | | | | |
| 1102 | MPD BWC Video Clip | | | | |
| 1103 | MPD BWC Video Clip | | | | |
| 1104 | MPD BWC Video Clip | | | | |
| 1105 | MPD BWC Video Clip | | | | |
| 1106 | MPD BWC Video Clip | | | | |
| 1107 | MPD BWC Video Clip | | | | |
| 1108 | MPD BWC Video | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1109 | Clinic Surveillance Video Clip | | | | |
| 1110 | Clinic Surveillance Video Clip | | | | |
| 1111 | Clinic Surveillance Video Clip | | | | |
| 1112 | Clinic Surveillance Video Clip | | | | |
| 1113 | Clinic Surveillance Video Clip | | | | |
| 1114 | Clinic Surveillance Video Clip | | | | |
| 1115 | Clinic Surveillance Video Clip | | | | |
| 1116 | Clinic Surveillance Video | | | | |
| 1117 | BWC 11/27/2021 | | | | |
| 1118 | Video of ankle (Washington Surgi- Clinic) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1119 | Video of people in lobby (Washington Surgi- Clinic) | | | | |
| 1120 | Video of protesters inside hallway | | | | |
| 1121 | Video from car | | | | |
| 1122 | MPD BWC video clip | | | | |
| 1123 | Video outside of Alexandria Sheriff's Office | | | | |
| 1124 | Maryland BWC video | | | | |
| 1125 | Darnel Livestream Video Clip | | | | |
| 1126 | Darnel Livestream Video Clip | | | | |
| 1127 | Darnel Livestream Video Clip | | | | |
| 1128 | Darnel Livestream Video Clip | | | | |

| | | | | |
|---|---|---|---|---|
| 1129 | MPD BWC Video Clip | | | | |
| 1130 | MPD BWC Video Clip | | | | |
| 1131 | MPD Interview Room Surveillance Video Clip | | | | |
| 1132 | MPD Interview Room Surveillance Video Clip | | | | |
| 1133 | MPD Interview Room Surveillance Video Clip | | | | |
| 1134 | MPD Interview Room Surveillance Video Clip | | | | |
| 1135 | MPD Interview Room Surveillance Video Clip | | | | |
| 1136 | MPD Interview Room Surveillance Video Clip | | | | |
| 2001 | PAAU Santangelo Letter Photograph | | | | |
| 2002 | [Intentionally left blank] | | | | |
| 2003 | PAAU Santangelo Letter Photograph | | | | |
| 2004 | Protest Photograph | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2005 | DC Area Anti-Abortion Advocacy Facebook Photograph | | | | |
| 2006 | Photo of people sitting in lobby (Washington Surgi-Clinic) | | | | |
| 2007 | Photo of ankle (Washington Surgi-Clinic) | | | | |
| 2008 | Photo of people sitting in lobby (Washington Surgi-Clinic) | | | | |
| 2009 | Photo of people sitting in lobby (Washington Surgi-Clinic) | | | | |
| 2010 | Photo of ankle (Washington Surgi-Clinic) | | | | |
| 2011 | Photo of ankle (Washington Surgi-Clinic) | | | | |
| 2012 | Photo of group of people meeting in office | | | | |
| 2013 | Photo of group of people standing for a group photo | | | | |
| 2014 | Photo of group of people meeting in office | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2015 | Photos of Defendants | | | | |
| 2016 | Photos of ankle – photos taken from home | | | | |
| 3001 | DC Area Anti-Abortion Advocacy Facebook Page | | | | |
| 3002 | DC Area Anti-Abortion Advocacy Facebook Page | | | | |
| 3003 | DC Area Anti-Abortion Advocacy Facebook Page | | | | |
| 3004 | Lauren Handy Facebook Page | | | | |
| 3005 | Lauren Handy Facebook Page | | | | |
| 3006 | Lauren Handy Facebook Page | | | | |
| 3007 | Lauren Handy Facebook Page | | | | |
| 3008 | PAAU Press Release | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4001 | L. Handy Forensic Examination | | | | |
| 4001A | L. Handy Forensic Examination | | | | |
| 5001 | Airbnb Records - Guest Info | | | | |
| 5002 | Airbnb Records - Payment Information | | | | |
| 5003 | Cell Data | | | | |
| 5004 | Financial Information | | | | |
| 5005 | AT&T Records Information | | | | |
| 5006 | AT&T Email | | | | |
| 5007 | AT&T Cell Records | | | | |
| 5008 | AT&T Cell Records | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5009 | AT&T Cell Records | | | | |
| 5010 | AT&T Cell Records | | | | |
| 5011 | AT&T Cell Records | | | | |
| 5012 | AT&T Cell Records | | | | |
| 5013 | AT&T Cell Records | | | | |
| 5014 | AT&T Cell Records | | | | |
| 5015 | AT&T Cell Records | | | | |
| 5016 | AT&T Cell Records | | | | |
| 5017 | AT&T Cell Records | | | | |
| 5018 | AT&T Cell Records | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5019 | Comcast Records | | | | |
| 5020 | Comcast Records | | | | |
| 5021 | Mercy Missions Records | | | | |
| 5022 | Mercy Missions Records | | | | |
| 5023 | Mercy Missions Records | | | | |
| 5024 | Mercy Missions Records | | | | |
| 5025 | T-Mobile Records | | | | |
| 5026 | T-Mobile Records | | | | |
| 5027 | T-Mobile Records | | | | |
| 5028 | Cell Records | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5029 | Cell Records | | | | |
| 5030 | USAA Records | | | | |
| 5031 | Verizon Records | | | | |
| 5032 | Verizon Records | | | | |
| 5033 | Verizon Records | | | | |
| 5034 | Verizon Records | | | | |
| 5035 | Verizon Records | | | | |
| 5036 | Verizon Records | | | | |
| 5037 | Verizon Records | | | | |
| 5038 | Verizon Records | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5039 | Verizon Records | | | | |
| 5040 | Verizon Records | | | | |
| 5041 | Verizon Records | | | | |
| 5042 | Verizon Records | | | | |
| 5043 | Verizon Records | | | | |
| 5044 | Verizon Records | | | | |
| 5045 | Verizon Records | | | | |
| 5046 | Verizon Records | | | | |
| 5047 | Verizon Records | | | | |
| 5048 | Verizon Records | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5049 | Verizon Records | | | | |
| 5050 | Verizon Records | | | | |
| 5051 | Verizon Records | | | | |
| 5052 | Verizon Records | | | | |
| 5053 | Hazel Jenkins Appointment Information | | | | |
| 5054 | Jonathan Darnel Gmail Information | | | | |
| 5055 | Jonathan Darnel Gmail Information | | | | |
| 5056 | Jonathan Darnel Gmail Information | | | | |
| 5057 | Jonathan Darnel Gmail Information | | | | |
| 5058 | Jonathan Darnel Gmail Information | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5059 | Jonathan Darnel Gmail Information | | | | |
| 5060 | Jonathan Darnel Gmail Information | | | | |
| 5061 | Jonathan Darnel Gmail Information | | | | |
| 5062 | Jonathan Darnel Gmail Information | | | | |
| 5063 | Jonathan Darnel Facebook Information | | | | |
| 5064 | Jonathan Darnel Facebook Information | | | | |
| 5065 | Jonathan Darnel Facebook Information | | | | |
| 5066 | Jonathan Darnel Facebook Information | | | | |
| 5067 | Jonathan Darnel Facebook Information | | | | |
| 5068 | Jonathan Darnel Facebook Information | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5069 | Jonathan Darnel Facebook Information | | | | |
| 5070 | Jonathan Darnel Facebook Information | | | | |
| 5071 | Jonathan Darnel Facebook Information | | | | |
| 5072 | Jonathan Darnel Facebook Information | | | | |
| 5073 | DC Area Anti-Abortion Advocacy Facebook Information | | | | |
| 5074 | DC Area Anti-Abortion Advocacy Facebook Information | | | | |
| 5075 | DC Area Anti-Abortion Advocacy Facebook Information | | | | |
| 5076 | DC Area Anti-Abortion Advocacy Facebook Information | | | | |
| 5077 | DC Area Anti-Abortion Advocacy Facebook Information | | | | |
| 5078 | DC Area Anti-Abortion Advocacy Facebook Information | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5079 | Lauren Handy Facebook Information | | | | |
| 5080 | Lauren Handy Facebook Information | | | | |
| 5081 | Lauren Handy Facebook Information | | | | |
| 5082 | Lauren Handy Facebook Information | | | | |
| 5083 | Lauren Handy Facebook Information | | | | |
| 5084 | Lauren Handy Facebook Information | | | | |
| 5085 | Lauren Handy Facebook Information | | | | |
| 5086 | Lauren Handy Facebook Information | | | | |
| 5087 | Lauren Handy Facebook Information | | | | |
| 5088 | Lauren Handy Facebook Information | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5089 | Lauren Handy Facebook Information | | | | |
| 5090 | Lauren Handy Facebook Information | | | | |
| 5091 | Lauren Handy Facebook Information | | | | |
| 5092 | Verizon Records | | | | |
| 5093 | Verizon Records | | | | |
| 5094 | Verizon Records | | | | |
| 5095 | Verizon Records | | | | |
| 5096 | Verizon Records | | | | |
| 5097 | Verizon GJ2022030187812 subpoena return: excel sheet | | | | |
| 5098 | Verizon GJ2022030187812 subpoena return: excel sheet | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5099 | Verizon GJ2022030187812 subpoena return: excel sheet | | | | |
| 5100 | Verizon GJ2022030187812 subpoena return: excel sheet | | | | |
| 5101 | Verizon GJ2022030187812 subpoena return: excel sheet | | | | |
| 5102 | Verizon GJ2022030187812 subpoena return: excel sheet | | | | |
| 5103 | Verizon GJ2022030187812 subpoena return: excel sheet | | | | |
| 5104 | Verizon GJ2022030187812 subpoena return: excel sheet | | | | |
| 5105 | Verizon GJ2022030187812 subpoena return: excel sheet | | | | |
| 5106 | Verizon GJ2022030187812 subpoena return: excel sheet Caryn Evirs) | | | | |
| 5107 | Verizon GJ2022030187812 subpoena return: excel sheet | | | | |
| 5108 | T-Mobile subpoena return: subscriber info (Terrence Ramsey) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5109 | T-Mobile subpoena return: subscriber info (Anthony B. Handy) | | | | |
| 5110 | T-Mobile subpoena response: subscriber info for MSISDN: 4344209634 | | | | |
| 5111 | T-Mobile subpoena response: subscriber info for MSISDN: 4344209634 | | | | |
| 5112 | T-Mobile subpoena return: subscriber info for MSISDN: 2038020787 | | | | |
| 5113 | T-Mobile subpoena return: billing period 9/19/20 – 10/18/20 | | | | |
| 5114 | T-Mobile subpoena return: billing period 8/19/20 – 9/18/20 | | | | |
| 5115 | Jail call log & summary (Jonathan Darnel) | | | | |
| 5116 | T-Mobile search warrant return: info for MSISDN: 4344209634 | | | | |
| 5117 | T-Mobile search warrant return: info for MSISDN: 5167495792 | | | | |
| 5118 | T-Mobile search warrant return: info for MSISDN: 4344209634 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5119 | T-Mobile search warrant return: info for | | | | |
| 5120 | Serving system log | | | | |
| 5121 | Pen summary | | | | |
| 5122 | Incoming/outgoing call log | | | | |
| 5123 | PRTT and geolocation data | | | | |
| 5124 | Serving system log | | | | |
| 5125 | Pen summary | | | | |
| 5126 | Incoming/outgoing call log | | | | |
| 5127 | PRTT and geolocation data | | | | |
| 5128 | Serving system log | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5129 | Pen summary | | | | |
| 5130 | Incoming/outgoing call log | | | | |
| 5131 | PRTT and geolocation data | | | | |
| 5132 | Serving system log | | | | |
| 5133 | Pen summary | | | | |
| 5134 | Incoming/outgoing call log | | | | |
| 5135 | Phone records | | | | |
| 5136 | Phone records | | | | |
| 5137 | Phone records | | | | |
| 5138 | Phone records | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5139 | Google confidential and proprietary warning | | | | |
| 5140 | Google subscriber info (Darnel) | | | | |
| 5141 | Google confidential and proprietary warning | | | | |
| 5142 | Google Android device info | | | | |
| 5143 | Darnel email data | | | | |
| 5144 | Darnel's Facebook information | | | | |
| 5145 | Darnel's Facebook information | | | | |
| 5146 | Handy's Facebook information | | | | |
| 6001 | Testimony of Michael Biscardi, 3/24/22 | | | | |
| 6002 | Testimony of Patient A, 6/8/21 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 6003 | Testimony of Michael Biscardi, 10/14/22 | | | | |
| 7001 | FBI receipt for property | | | | |
| 7002 | Consent to search computers | | | | |
| 7003 | FBI 302: phone call from Clinic Admin B (Washington Surgi- Clinic) | | | | |
| 7004 | FBI 302: spot check conducted inside parking garage of Clinic | | | | |
| 7005 | Vehicle registration details | | | | |
| 7006 | Spot check photo email | | | | |
| 7007 | FBI 1036: MPD arrest report for Jonathan Darnel | | | | |
| 7008 | MPD arrest packet (Darnel) | | | | |
| 7009 | MPD offense report | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7010 | FBI 302: files provided by MPD Det Jonathan Lauderdale | | | | |
| 7011 | FBI 1A/1C cover sheet: files and videos of events at 2112 F St. | | | | |
| 7012 | FBI 1087: receipt of 2112 F St camera footage | | | | |
| 7013 | FBI receipt of property (thumb drive) | | | | |
| 7014 | FBI 302: spot check conducted in vicinity of The Statesmen apartment bldg | | | | |
| 7015 | FBI 1087: receipt of video footage from MPD custodial interviews | | | | |
| 7016 | FBI 302: Interview of Nurse K (Surgi-Clinic) | | | | |
| 7017 | Agent notes | | | | |
| 7018 | FBI 302: information provided by security director for the National Abortion Federation | | | | |
| 7019 | FBI 1087: image and clips provided RE Surgi-Clinic | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7020 | FBI 302: 1 TB hard drive received | | | | |
| 7021 | FBI 1004: evidence chain of custody | | | | |
| 7022 | FBI 1036: victim services division documentation of services | | | | |
| 7023 | FBI 302: Interview of Clinic Admin B from Surgi-Clinic on 11/9/20 | | | | |
| 7024 | Agent notes (Clinic Admin B) | | | | |
| 7025 | FBI 302: Interview of Med. Spec. H (Clinic) on 11/9/20 | | | | |
| 7026 | Agent notes (Med. Spec. H) | | | | |
| 7027 | FBI 302: Interview of Nurse K (Clinic) on 11/9/20 | | | | |
| 7028 | Agent notes (Nurse K) | | | | |
| 7029 | FBI 302: arrest of Paulette Harlow | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7030 | FBI Advice of Rights form (Harlow) | | | | |
| 7031 | FBI 1A/1C cover sheet: recorded interview of Harlow, Smith, Marshall, and Hinshaw | | | | |
| 7032 | FBI 302: arrest of Jean Marshall | | | | |
| 7033 | FBI Advice of Rights form (Marshall) | | | | |
| 7034 | FBI 302: arrest of John Hinshaw | | | | |
| 7035 | FBI Advice of Rights form (Hinshaw) | | | | |
| 7036 | FBI 302: arrest of Jay Smith | | | | |
| 7037 | FBI Advice of Rights form (Smith) | | | | |
| 7038 | FBI 302: Interview of [redacted] on 12/16/20 regarding events witnessed at the Clinic on 10/22/20 | | | | |
| 7039 | Agent notes | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7040 | FBI 302: Interview of [redacted] RE events he witness at the Clinic on 10/22/20 | | | | |
| 7041 | Agent notes | | | | |
| 7042 | FBI 302: Interview of Capital Women's Services Asst. Office Mgr. | | | | |
| 7043 | Agent notes (Asst. Office Mgr.) | | | | |
| 7044 | FBI 302: Interview with NAF Security Director | | | | |
| 7045 | Agent notes | | | | |
| 7046 | FBI 302: search warrant issued | | | | |
| 7047 | FBI 302: interview with [redacted] on 12/11/20 RE events that took place at the Surgi-Clinic on 10/22/20 | | | | |
| 7048 | Agent notes | | | | |
| 7049 | FBI 1036: document CLETS request | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7050 | Email with attached CA DL results for Handy | | | | |
| 7051 | Registered vehicles (Handy) | | | | |
| 7052 | FBI 1057: convert 1D1 to 1A | | | | |
| 7053 | FBI 1A/1C cover sheet: thumb drive containing footage from 2112 F St | | | | |
| 7054 | FBI 302: arrest of Joan Bell by MPD | | | | |
| 7055 | Agent notes (Bell) | | | | |
| 7056 | FBI Advice of Rights (Bell) | | | | |
| 7057 | FBI 1057: Red Rose Rescue anti-abortion event | | | | |
| 7058 | MCPD incident report – disorderly conduct at protest | | | | |
| 7059 | MCPD incident report – disorderly conduct at protest | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7060 | FBI 1036: confidential human source reporting document | | | | |
| 7061 | FBI 1023: CHS reporting document RE Red Rose Rescue event | | | | |
| 7062 | FBI 302: arrest of William Goodman | | | | |
| 7063 | FBI Advice of Rights (Goodman) | | | | |
| 7064 | Agent notes (Goodman) | | | | |
| 7065 | FBI 302: arrest of Lauren Handy | | | | |
| 7066 | Agent notes (Handy) | | | | |
| 7067 | FBI Advice of Rights (Handy) | | | | |
| 7068 | FBI 302: arrest of Ruth Heather | | | | |
| 7069 | Agent notes (Heather) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7070 | FBI Advice of Rights (Heather) | | | | |
| 7071 | FBI 1087: SW returns from Facebook | | | | |
| 7072 | FBI 1A/1C cover sheet: disc containing SW returns for Darnel, Handy, & DCAreaAntiAbortionAdvocacy accounts | | | | |
| 7073 | FBI 302: Agent spoke with Patient A's father and mother | | | | |
| 7074 | FBI 1036: to document SW return | | | | |
| 7075 | Facebook SW return 20- SC-3431 | | | | |
| 7076 | Facebook SW return 20- SC-3431 | | | | |
| 7077 | FBI 1057: document planned interview of Patient A | | | | |
| 7078 | FBI 1036: document return of property to Surgi-Clinic | | | | |
| 7079 | FBI 1A/1C cover sheet: Serial 44 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7080 | FBI receipt for property (Clinic Admin B) | | | | |
| 7081 | FBI 1057: surveillance of Patient A's residence | | | | |
| 7082 | FBI 302: Interview of Patient A on 5/26/21 | | | | |
| 7083 | Agent notes (Patient A) | | | | |
| 7084 | FBI 1057: document the return of evidence 1B3 to Surgi-Clinic | | | | |
| 7085 | FBI evidence chain of custody | | | | |
| 7086 | FBI 302: Interview of Patient A on 6/8/21 | | | | |
| 7087 | Agent notes | | | | |
| 7088 | Joshua Borchert driver's license and criminal history | | | | |
| 7089 | FBI 1036: NCIC results for Handy | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7090 | NCIC results for Handy | | | | |
| 7091 | FBI 302: Interview with Nurse K (Surgi-Clinic) on 9/13/21 | | | | |
| 7092 | Agent notes (Nurse K) | | | | |
| 7093 | FBI 302: Interview with Med. Spec. H (Surgi-Clinic) on 9/13/21 | | | | |
| 7094 | Agent notes | | | | |
| 7095 | FBI 302: Interview of Clinic Admin. B on 9/20/21 | | | | |
| 7096 | Agent notes | | | | |
| 7097 | FBI 302: attempt to review DVD containing Facebook SW return | | | | |
| 7098 | FBI 1A/1C cover sheet: DVD containing Facebook SW return (Handy, Darnel, & DC4A accounts) | | | | |
| 7099 | FBI 302: email from AUSA indicating that protestors may have entered the AWHC | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7100 | FBI 302: digital copy of security video footage from AWHC provided | | | | |
| 7101 | Agent notes | | | | |
| 7102 | FBI 302: Interview of Clinic Admin B (Surgi- Clinic) on 12/16/21 | | | | |
| 7103 | Human Life Alliance flyer pt 1 | | | | |
| 7104 | Human Life Alliance flyer pt 2 | | | | |
| 7105 | Agent email containing NAF Member Security Alert: Two Invasions in Washington DC | | | | |
| 7106 | FBI 1036: document updated NCIC results | | | | |
| 7107 | Updated NCIC results | | | | |
| 7108 | NCIC results: Jean Marshall | | | | |
| 7109 | NCIC results: Joan Bell | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7110 | NCIC results: John Hinshaw | | | | |
| 7111 | NCIC results: Jonathan Darnel | | | | |
| 7112 | NCIC results: Lauren Handy | | | | |
| 7113 | NCIC results: Paula Harlow | | | | |
| 7114 | FBI 302: Google 2703(d) returns received for Darnel | | | | |
| 7115 | 21-sc-1516 Sealed Filing | | | | |
| 7116 | 21-sc-1516 Sealed Filing | | | | |
| 7117 | Google response letter to agent | | | | |
| 7118 | FBI import form: arrest reports for Handy | | | | |
| 7119 | Email Re Handy's 2018 arrest at Surgi-Clinic | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7120 | MDP arrest info: Handy | | | | |
| 7121 | Email RE arrest packets | | | | |
| 7122 | MPD arrest info: Handy | | | | |
| 7123 | Email attaching 3 arrest reports | | | | |
| 7124 | MPD arrest info: Handy | | | | |
| 7125 | MPD arrest info: Handy | | | | |
| 7126 | MPD arrest info: Handy | | | | |
| 7127 | FBI 1036: document email from FBI USPP TFO | | | | |
| 7128 | Email from agent RE Handy's arrest history | | | | |
| 7129 | Arrest info: Handy (DC Superior Court) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7130 | FBI 1036: document updated NCIC, Accurint, & VA DMV queries | | | | |
| 7131 | Criminal record report (Heather Idoni) | | | | |
| 7132 | Criminal record report (Joan Bell) | | | | |
| 7133 | Criminal record report (John Hinshaw) | | | | |
| 7134 | Criminal record report (Jonathan Darnel) | | | | |
| 7135 | Criminal record report (Juanito Pichardo) | | | | |
| 7136 | Criminal record report (Lauren Handy) | | | | |
| 7137 | Criminal record report (Paula Harlow) | | | | |
| 7138 | Criminal record report (Jean Marshall) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7139 | Email RE CH/WW WI DMV – William Goodman | | | | |
| 7140 | NCIC info | | | | |
| 7141 | FBI WFO message RE NCIC and VA DMV Queries | | | | |
| 7142 | NCIC info: Heather Idoni | | | | |
| 7143 | NCIC info: Jean Marshall | | | | |
| 7144 | NCIC info: Joan Bell | | | | |
| 7145 | NCIC info: John Hinshaw | | | | |
| 7146 | NCIC info: Jonathan Darnel | | | | |
| 7147 | NCIC info: Juanito Pichardo | | | | |
| 7148 | NCIC info: Lauren Handy | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7149 | NCIC info: Paula Harlow | | | | |
| 7150 | FBI 302: surveillance conducted @ 5556 16th St | | | | |
| 7151 | NLETS response | | | | |
| 7152 | [Intentionally left blank] | | | | |
| 7153 | FBI 1036: document receipt of emails regarding Handy | | | | |
| 7154 | Email Re Security Alert: "Red Rose" Invasion | | | | |
| 7155 | FBI 1036: document VA DMV info | | | | |
| 7156 | Email from agent RE VA Tags and DL info | | | | |
| 7157 | Vehicle Registration of Anthony Handy and Holly Handy | | | | |
| 7158 | MPD CCN#20151272 Arrest Packets – 002019718 Idoni Ruth Heather | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7159 | MPD Case Overview dated 10/22/2020 | | | | |
| 7160 | Email from Clinic Administrator B to Jonathan Lauderdale at DC Gov re: IMG_1335 dated 10/22/2020 | | | | |
| 7161 | Notes Re: L. Handy and FB Live Stream/Phone Number from DC4A | | | | |
| 7162 | Facebook Page of "DC Area Anti-Abortion Advocacy" | | | | |
| 7163 | MPD CCN#20151272 Offense Report | | | | |
| 7164 | MPD Papering Cover Sheet re: Heather Ruth Idoni | | | | |
| 7165 | Printout of NetViewer – Event Informaiton dated 10/22/2020 | | | | |
| 7166 | MPD Initial Case Resume Investigative Services Bureau Criminal Investigations Division Report with Victim Info #1 – Medical Facility | | | | |
| 7167 | Comprehensive Report: Heather Ruth Idoni 202010221527 dated 10/22/2020 | | | | |
| 7168 | MPD Papering Cover Sheet re: Jay Smith | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7169 | Comprehensive Report: Juanito Pichardo 202010221444 dated 10/22/20 | | | | |
| 7170 | Comprehensive Report: Jean A. Marshall 202010221452 dated 10/22/20 | | | | |
| 7171 | MPD Papering Cover Sheet re: Jean Marshall | | | | |
| 7172 | Email from Jessi Khan to Jonathan Lauderdale DC GOV re: Khan, Jessica GW Hospital Discharge Sheet | | | | |
| 7173 | GW Patient Report: Jessica Lynn Khan | | | | |
| 7174 | MPD Papering Cover Sheet re: Joan Bell | | | | |
| 7175 | Comprehensive Report: Joan E Bell 202010221622 dated 10/22/2020 | | | | |
| 7176 | MPD Papering Cover Sheet re: John Hinshaw | | | | |
| 7177 | Comprehensive Report: John Hinshaw 202010221454 dated 10/22/2020 | | | | |
| 7178 | MPD Papering Cover Sheet re: Lauren Handy | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7179 | Comprehensive Report: Lauren B Handy 202010221625 dated 10/22/2020 | | | | |
| 7180 | Facebook Page from Lauren Handy of photo of traditional lock and block rescue | | | | |
| 7181 | MPD Papering Cover Sheet re: Paulette Harlow | | | | |
| 7182 | Comprehensive Report: Paulette M Harlow 202010221449 dated 10/22/2020 | | | | |
| 7183 | MPD Papering Cover Sheet re: William Goodman | | | | |
| 7184 | Printout by Dane County Sheriff's Office on 10/22/2020 | | | | |
| 7185 | Email from AA Front to Jonathan Lauderdale of DC GOV re: DC Clinic Blockade | | | | |
| 7186 | MPD Initial Case Resume: Victim Info | | | | |
| 7187 | MPD Initial Case Resume: Victim Info | | | | |
| 7188 | FBI 302: 10/26/2022 toll record analysis on GJ subpoena for Jonthan Darnel's cellular telephone | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7189 | FBI 302: 10/3/2022 jail calls between Lauren Handy and Herb Geraghty | | | | |
| 7190 | FBI 302: redacted interview 5/16/22 | | | | |
| 7191 | FBI 302: arrest warrant for Jonathan Darnel 4/10/22 | | | | |
| 7192 | FBI 302: arrest warrant for Jay Smith 4/4/22 | | | | |
| 7193 | FBI 302: arrest warrant for Jean Marshall 4/4/22 | | | | |
| 7194 | FBI 302: arrest warrant for Heather Ruth Idoni 4/4/22 | | | | |
| 7195 | FBI 1023: redacted CHS Reporting Document | | | | |
| 7196 | FBI 302: arrest warrant for John Hinshaw 4/1/22 | | | | |
| 7197 | USDC-DC 22-cr-00096 Arrest Warrant of Paula Harlow 3/24/22 | | | | |
| 7198 | FBI 1057: report on clarification on custodial interviews conducted on 10/22/20 dated 3/24/20 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7199 | FBI 302: redacted report 1/13/22 | | | | |
| 7200 | FBI 302: redacted report 9/21/21 | | | | |
| 7201 | FBI 302: redacted report 6/9/21 | | | | |
| 7202 | FBI 1057: report on document the return of evidence 1B3 to Washington Surgi-Clinic 6/7/21 | | | | |
| 7203 | FBI 302: report on Ruth Idoni 2/3/21 | | | | |
| 7204 | FBI 302: report on William Louis Goodman 2/3/21 | | | | |
| 7205 | FBI 302: report on Joan Bell 2/1/21 | | | | |
| 7206 | Registered Vehicles Report for Lauren Handy | | | | |
| 7207 | FBI 302: redacted patient medical information 1/18/21 | | | | |
| 7208 | FBI 302: redacted report 1/9/21 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7209 | FBI 302: redacted report 12/31/20 | | | | |
| 7210 | FBI 302: report on Jay Smith 12/11/20 | | | | |
| 7211 | FBI 302: report on John Hinshaw 12/11/20 | | | | |
| 7212 | FBI 302: report on Jean Marshall 12/11/20 | | | | |
| 7213 | FBI 302: report on Paulette Harlow 12/11/20 | | | | |
| 7214 | FBI 302: report on western digital 1.5TB HDD, Serial WMAZA3968838 11/9/20 | | | | |
| 7215 | FBI 302: redacted report dated 11/3/2 | | | | |
| 7216 | FBI 1087: redacted report on receipt of 2112 F St NW 1st Floor camera footage 10/26/20 | | | | |
| 7217 | FBI 302: report on John Harlow 10/26/20 | | | | |
| 7218 | FBI 1087: Evidence collected from Washington Surgi-Center 10/22/20 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7219 | FBI 302: redacted report on GJ subpoena for Lauren Handy's cell phone and toll records 11/28/22 | | | | |
| 7220 | FBI 302: redacted report on GJ subpoena for Lauren Handy's cell phone and toll records 11/28/22 | | | | |
| 7221 | FBI 302: redacted report on GJ subpoena for Herb Geraghty's cell phone and toll records 10/26/22 | | | | |
| 7222 | FBI 302: redacted report on GJ subpoena for Herb Geraghty's cell phone and toll records 10/26/22 | | | | |
| 7223 | FBI 1036: redacted report on Herb Geraghty 10/26/22 | | | | |
| 7224 | FBI 1036: redacted report of Herb Geraghty 10/26/22 | | | | |
| 7225 | FBI 302: redacted report of Herb Geraghty 10/24/22 | | | | |
| 7226 | FBI 1057: arrest report of Heather Idoni 10/10/22 | | | | |
| 7227 | Facebook post live from Red Rose Rescue dated 6/29 | | | | |
| 7228 | Drivers Record for Herb Geraghty | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7229 | FBI 302: jail calls between Lauren Handy and Herb Geraghty dated 10/3/22 | | | | |
| 7230 | USDC-DC 22-sw-85<br>Search Warrant 7/14/22 | | | | |
| 7231 | FBI 999: redacted report dated 6/24/22 | | | | |
| 7232 | FBI 999: redacted report dated 6/21/22 | | | | |
| 7233 | Twitter page of ProlifeSF | | | | |
| 7234 | Webpage of Created Equal | | | | |
| 7235 | FBI 302: report on Jonathan Darnel 4/10/22 | | | | |
| 7236 | USDC-DC 22-cr-00096<br>Arrest Warrant of Jay Smith 3/24/22 – signed by FBI agent 3/30/22 | | | | |
| 7237 | USDC-DC 22-cr-00096<br>Arrest Warrant of Jean Marshall 3/24/22 – signed by FBI agent 4/4/22 | | | | |
| 7238 | USDC-DC 22-cr-00096<br>Arrest Warrant of John Hinshaw 3/24/22 – signed by FBI agent on 4/1/22 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7239 | USDC-DC 22-cr-00096 Arrest Warrant of Heather Idoni 3/24/22 – signed by FBI agent on 3/30/22 | | | | |
| 7240 | USDC-DC 22-cr-00096 Arrest Warrant of William Louis Goodman 3/24/22 – signed by FBI agent on 4/1/22 | | | | |
| 7241 | Handwritten notes | | | | |
| 7242 | FBI 395: Advice of Rights | | | | |
| 7243 | USDC-DC 22-cr-00096 Arrest Warrant of Joan Bell 3/24/22 | | | | |
| 7244 | FBI 302: arrest report on Joan Bell 4/5/22 | | | | |
| 7245 | FBI 302: report on Jonathan Darnel 4/5/22 | | | | |
| 7246 | DMV Drivers Record for John Hinshaw | | | | |
| 7247 | DMV Drivers Record for Jay Smith | | | | |
| 7248 | FBI 1023: redacted CHS Reporting Document | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7249 | FBI 395: Advice of Rights | | | | |
| 7250 | FBI 302: report on Jay Smith 4/4/22 | | | | |
| 7251 | USDC-DC 22-cr-00096 Arrest Warrant of William Louis Goodman 3/24/22 | | | | |
| 7252 | FBI 302: report on arrest of William Goodman 4/4/22 | | | | |
| 7253 | USDC-DC 22-cr-00096 Arrest Warrant of Heather Idoni 3/24/22 | | | | |
| 7254 | FBI 302: report on Heather Idoni 4/4/22 | | | | |
| 7255 | FBI 1087: report on seizure of Lauren Handy's cell phone 4/1/22 | | | | |
| 7256 | USDC-DC 22-sw-85 Search Warrant 4/1/22 | | | | |
| 7257 | USDC-DC 22-cr-00096 Arrest Warrant of John Hinshaw 3/24/22 | | | | |
| 7258 | FBI 395: Advice of Rights | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7259 | FBI 302: report on John Hinshaw 4/1/22 | | | | |
| 7260 | FBI 302: redacted report 3/31/22 | | | | |
| 7261 | USDC-DC 22-cr-00096<br>Arrest Warrant of Lauren Handy 3/24/22 signed by FBI agent | | | | |
| 7262 | FBI 302: report on Lauren Handy 3/31/22 | | | | |
| 7263 | FBI 302: redacted report 3/30/22 | | | | |
| 7264 | FBI 302: arrest warrant of Paulette Harlow 3/30/22 | | | | |
| 7265 | USDC-DC 22-sc-818<br>Search Warrant 3/25/22 | | | | |
| 7266 | USDC-DC 22-cr-00096<br>Arrest Warrant of Jonathan Darnel 3/24/22 | | | | |
| 7267 | USDC-DC 22-cr-00096<br>Arrest Warrant of Joan Bell 3/24/22 | | | | |
| 7268 | USDC-DC 22-cr-00096<br>Arrest Warrant of John Hinshaw 3/24/22 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7269 | USDC-DC 22-cr-00096 Arrest Warrant of William Louis Goodman 3/24/22 | | | | |
| 7270 | USDC-DC 22-cr-00096 Arrest Warrant of Lauren Handy 3/24/22 | | | | |
| 7271 | USDC-DC 22-cr-00096 Arrest Warrant of Jay Smith 3/24/22 | | | | |
| 7272 | USDC-DC 22-cr-00096 Arrest Warrant of Jean Marshall 3/24/22 | | | | |
| 7273 | USDC-DC 22-cr-00096 Arrest Warrant of Paula Harlow 3/24/22 | | | | |
| 7274 | FBI 1057: redacted report on clarification on custodial interviews conducted 10/22/20 dated 3/24/22 | | | | |
| 7275 | Report on William Louis Goodman on temporary protection order | | | | |
| 7276 | FBI 302: digital copy of security video from the Alexandria Women's Health Clinic 12/7/21 | | | | |
| 7277 | Handwritten notes redacted | | | | |
| 7278 | Handwritten notes | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7279 | FBI 302: redacted report | | | | |
| 7280 | Handwritten notes | | | | |
| 7281 | NCIC report of Lauren B Handy | | | | |
| 7282 | FBI 1036: NCIC results for Lauren Handy | | | | |
| 7283 | Facebook page of Lauren Handy | | | | |
| 7284 | Handwritten note | | | | |
| 7285 | FBI 302: redacted report 6/9/21 | | | | |
| 7286 | Handwritten notes | | | | |
| 7287 | FBI 302: redacted report 6/3/21 | | | | |
| 7288 | FBI 302: redacted report 4/23/21 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7289 | FBI 395: Advise of Rights | | | | |
| 7290 | FBI 302: interview of Ruth Heather Idoni 2/3/21 | | | | |
| 7291 | FBI 302: interview of Lauren Handy 2/3/21 | | | | |
| 7292 | FBI 302: interview of William Louis Goodman 2/3/21 | | | | |
| 7293 | FBI 302: interview of Joan Bell 2/1/21 | | | | |
| 7294 | Registered Vehicles, Wants and Warrants | | | | |
| 7295 | Redacted notes | | | | |
| 7296 | FBI 302: redacted patient medical information 1/18/21 | | | | |
| 7297 | USDC-DC Warrant 20- sc-3431 dated 12/31/20 | | | | |
| 7298 | Notes with names and incident of protests | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7299 | FBI 302: redacted report 1/9/21 | | | | |
| 7300 | FBI 302: redacted report 12/31/20 | | | | |
| 7301 | Redacted notes on meeting and protest | | | | |
| 7302 | FBI 302: redacted patient medical information 12/30/20 | | | | |
| 7303 | Redacted notes on meeting and protest | | | | |
| 7304 | FBI 302: redacted patient medical information 12/21/20 | | | | |
| 7305 | FBI 302: interview report for Jay Smith 12/11/20 | | | | |
| 7306 | FBI 302: interview report for John Hinshaw 12/11/20 | | | | |
| 7307 | FBI Unclassified Physical 1A/1C Cover Sheet for Serial Export | | | | |
| 7308 | FBI 302: interview report of Paulette Harlow 12/11/20 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7309 | Handwritten notes | | | | |
| 7310 | FBI 302: redacted report 11/24/20 | | | | |
| 7311 | Handwritten notes | | | | |
| 7312 | FBI 302: redacted report 11/23/20 | | | | |
| 7313 | Handwritten notes | | | | |
| 7314 | FBI 302: redacted report 11/23/20 | | | | |
| 7315 | FBI 302: redacted report 11/3/20 | | | | |
| 7316 | Handwritten note | | | | |
| 7317 | FBI 302: redacted report 10/29/20 | | | | |
| 7318 | FBI 1087: redacted report 10/26/20 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7319 | FBI 1087: redacted report on thumb drive 10/26/20 | | | | |
| 7320 | FBI 302: redacted report 10/26/20 | | | | |
| 7321 | FBI 597: Receipt for Property 10/22/20 | | | | |
| 7322 | FBI 1057: redacted report incident at the Washington Surgi-Clinic on 10/22/20 | | | | |
| 7323 | Press release for Immediate Release regarding Washington Surgi-Clinic dated 10/22/20 | | | | |
| 7324 | Facebook page from Lauren Handy dated 10/23/20 picture of arrests | | | | |
| 7325 | Facebook page from Lauren Handy dated 10/22/20 | | | | |
| 7326 | Ex. 13 (241_txts_from_Handy phone ).pdf | | | | |
| 7327 | Ex. 12 Abbie Augustine.06-08-21.pdf | | | | |
| 7328 | Ex. 11 2020-R- 002384.03-24-22.MB.pdf | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7329 | Ex. 1 (#542.1).pdf | | | | |
| 7330 | FBI 302: Interview for records of Herb Geraghty | | | | |
| 7331 | Redacted versions of financial statements and transactions | | | | |
| 7332 | FBI 1057: receipt of Google records | | | | |
| 7333 | FBI 302: Receipt of Verizon records | | | | |
| 7334 | FBI 302: Receipt of AT&T records | | | | |
| 7335 | FBI 302: Receipt of Verizon records | | | | |
| 7336 | FBI 302: Receipt of T- Mobile records | | | | |
| 7337 | FBI 302: Receipt of Bandwidth response | | | | |
| 7338 | FBI 302: Interview of Cassie Speck on 3/5/21 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7339 | FBI 302: Interview of Ken Suke Nakamura on 3/5/21 | | | | |
| 7340 | FBI 1A/1C cover sheet: documents | | | | |
| 7341 | FBI 302: Interview of Courtney Forbis on 3/5/21 | | | | |
| 7342 | FBI 302: Interview of Melissa Mendez on 3/5/21 | | | | |
| 7343 | FBI 302: Interview of James Blackston on 3/10/21 | | | | |
| 7344 | FBI 1A/1C cover sheet: documents and photos provided by James Blackston | | | | |
| 7345 | FBI 302: Interview of Lauren Willnow | | | | |
| 7346 | FBI 1036: Record of information furnished by other agency | | | | |
| 7347 | Criminal record report (Jean Marshall) | | | | |
| 7348 | Telephone Summary Chart | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7349 | Email from Tim Spelman Re: anti-abortion event at 1111 Spring Street held by Red Rose Rescue | | | | |
| 7350 | Alexandria Police Department Incident Report (Kristin Turner) | | | | |
| 7351 | Alexandria Police Department Bulletin | | | | |
| 7352 | FBI 302: Interview of [redacted] on 11/30/21 conducted at AWHC | | | | |
| 7353 | FBI 302: Interview of [redacted] on 11/30/21 conducted at AWHC | | | | |
| 7354 | FBI 302: Interview of [redacted] on 11/30/21 conducted at AWHC | | | | |
| 7355 | FBI 302: Interview of [redacted] on 11/30/21 conducted at AWHC | | | | |
| 7356 | Shrewsbury PD Arrest Report (Joan Bell) | | | | |
| 7357 | Shrewsbury PD Arrest Report (William Goodman) | | | | |
| 7358 | Shrewsbury Investigation Report (Matthew Connolly & William Goodman) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7359 | Shrewsbury Investigation Report (Christopher Moscinski & Joan Bell) | | | | |
| 7360 | C. Davis Plea & Cooperation Agreements | | | | |
| 7361 | Summary Chart | | | | |
| 7362 | Summary Chart | | | | |
| 8001 | Carafem worker calling RE protesters harassing employees | | | | |
| 8002 | Person at Carafem calling RE protesters | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |