IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO. 22-cr-00096-CKK** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHNATHAN DARNEL et al.,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO
RULE 902(14) OF THE FEDERAL RULES OF EVIDENCE**

The United States of America formally notifies the defendants of its intention to offer evidence pursuant to Rule 902(14) of the Federal Rules of Evidence during its case-in-chief.

The Federal Rules of Evidence provide:

> The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:
>
> […]
>
> (14) Certified Data Copied from an Electronic Device, Storage Medium, or File.  Data copied from an electronic device, storage medium, or file, if authenticated by a process of digital identification, as shown by a certification of a qualified person that that complies with the certification requirements of Rule 902(11) or (12).  The proponent also must meet the notice requirements of Rule 902(11).

Fed. R. Evid. 902(14).

The following are the self-authenticating exhibits that the government intends to offer during its case-in-chief pursuant to Rule 902(14):

| EXHIBITS | DESCRIPTION |
|---|---|
| 4001 | Axiom Report and Extraction of Lauren Handy's iPhone X (GSM) A1901 |
| 4001A | Text messages between Lauren Handy and Herb Geraghty from Lauren Handy's iPhone X (GSM) A1901 |

The proposed exhibits have been provided to the defense and remain available for inspection and copying at the United States Attorney's Office upon request by defense counsel. The exhibits have an accompanying certification complying with the requirements of Fed. R. Evid. 902(14), which is attached hereto as Exhibit 1.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
*/s/ Rebecca G. Ross*
REBECCA G. ROSS
NY Bar No. 5590666
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
Email: Rebecca.Ross2@usdoj.gov

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
Email: Sanjay.Patel@usdoj.gov

# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO. 22-cr-00096-CKK** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHNATHAN DARNEL et al.,** | : | |
| | : | |
| **Defendant.** | : | |

### CERTIFICATION OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FRE 902(14)

I, Karen Louise Offermann, attest under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. 1746, that the information contained in this declaration is true and correct. I am employed by the Federal Bureau of Investigation (FBI) in the position of Information Technology Specialist Digital Forensics Examiner (ITS-DFE) at the Washington Field Office (WFO) Northern Virginia Resident Agency (NVRA) Computer Analysis Response Team (CART), in Manassas, Virginia. The ITS-DFE is responsible for the lawfully authorized imaging, extracting and copying of the contents, derived from electronic devices to include, but not limited to, electronic storage media, cellular telephones, and other electronic devices. By reason of my position and specialized training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence.

I further state:

1. I created a full file system extraction of an iPhone X (GSM) A1901 using GrayKey 1.10.1.21812323. This data can be authenticated by the following MD5 hash value, which is a process of digital identification: bd30aefdd429cef007507987f03c9d8e.

2. I generated a report for the above listed full file system extraction using AXIOM 6.6.0.33061.

3. The WFO NVRA CART GrayKey and AXIOM were working as designed during the date(s) of extractions, processing and report generation.

4. For purposes of FRE 902(14), I certify that government exhibit 4001 and 4001A consists of the report and data that I extracted and generated from the above described electronic device.

5. I further certify that government exhibits 246, 248, 265, 302, 303, 305, 309, 311, 312, 341, 342 – 344, 354 -356, 358, 360, 364, 366, 368, 374, 377, 383, 384, 391 – 393, 400, 403, 404, 407, 409, 411, 412, 427, 428, 857, 860, and 862 consist of files and other information extracted from the above described electronic device.

6. I further state that this certification is intended to satisfy FRE 902(14).

_____  8/31/2023
KAREN LOUISE OFFERMAN              DATE

## CERTIFICATE OF SERVICE

Rebecca G. Ross, attorney for the United States, hereby certifies that a true and correct copy of the motion has been electronically filed and accordingly served upon attorney for the defendant.

*/s/ Rebecca G. Ross*
Rebecca G. Ross