**Holocaust Memorial**

**From:**ahmemorial@yahoo.com

Mother Teresa of Calcutta told her Sisters:

 "I would rather make mistakes in kindness and compassion than **work miracles in unkindness and hardness"**.

**I have known Joan Andrews Bell for 35 years and I have never seen Joan Bell ever commit an uncharitable act, nor has she ever done anything out of malice or hate! She always acts, not only out of Charity, but with motherly love and is willing to suffer any tribulation to bring about God's Love and Truth! She loves her children and grandchildren and serves them and her fellow brothers and sisters with such generosity that no words can describe.**

**I wrote this to my mother before she died and I know this applies to Joan and all the women who love and cherish Life!**

>My mother's heart provides all the tender care
>
>When all looks dark and there is none to share
>
>All life's trials and sorrows, scrapes and tears
>
>My mother understands and always keeps me near
>
>She wipes every tear, all my wounds she repairs
>
>My mother's the greatest, there is none to compare
>
>Our times together are filled with smiles and caresses
>
>While her sweet singing voice soothes as it blesses
>
>Drifting me off to sleep in her arms
>
>So warm and secure, so safe from all harm
>
>My mother has the ability to answer life's toughest questions
>
>The purpose of being, the essence of feeling, the meaning of love
>
>Yes, my mother is the greatest, there is no question of that
>
>Thus I will never cease to bless the mother who gave me my life.

**I have been in front of many Judges and Lawyers in my 66 years on this earth to witness for Life. I can say I only met one that told me the truth in his courtroom. After Judge Bryon Stringer acknowledged that abortion was the gruesome killing of the preborn baby, he pronounced us guilty for trespassing on the abortion death camps property. When I told**

**him Truth and Justice are above the law; he responded "this courtroom has nothing to do with Truth and Justice, only the Law". I told him I would pray while I was in jail that he realize the consequences of this twisted logic that previously had led to the Nazi Holocaust, slavery and all other nefarious atrocities and was now fueling the abortion holocaust!**

**Please read the following testimonies before pronouncing any judgement on Joan or any other American Citizen that witnesses to Truth!**

**This is a testimony of abortionist Lisa Harris on abortion.**

**Lisa Harris Testimony**

**"I went about doing the procedure as usual," she writes. "I used electrical suction to remove the amniotic fluid, picked up my forceps and began to remove the fetus in parts, as I always did. I felt lucky that this one was already in the breech position - it would make grasping small parts (legs and arms) a little easier."**

**With my first pass of the forceps, I grasped an extremity and began to pull it down. I could see a small foot hanging from the teeth of my forceps. With a quick tug, I separated the leg. Precisely at that moment, I felt a kick - a fluttery "thump, thump" in my own uterus. It was one of the first times I felt fetal movement. There was a leg and foot in my forceps, and a "thump, thump" in my abdomen. Instantly, tears were streaming from my eyes - without me - meaning my conscious brain - even being aware of what was going on. I felt as if my response had come entirely from my body, bypassing my usual cognitive processing completely. A message seemed to travel from my hand and my uterus to my tear ducts. It was an overwhelming feeling - a brutally visceral response - heartfelt and unmediated by my training or my feminist pro-choice politics. It was one of the more raw moments in my life. Doing second trimester abortions did not get easier after my pregnancy; in fact, dealing with little infant parts of my born baby only made dealing with dismembered fetal parts sadder.**

**To answer the questions, Harris notes that the "violence" of abortion must be acknowledged, and relates a "bizarre" experience she once had of observing a premature baby struggling to survive immediately after dismembering an unborn child the same age:**

**The last patient I saw one day was 23 weeks pregnant. I performed an uncomplicated D&E procedure. Dutifully, I went through the task of reassembling the fetal parts in the metal tray. It is an odd ritual that abortion providers perform - required as a clinical safety measure to ensure that nothing is left behind in the uterus to cause a complication - but it also permits us in an odd way to pay respect to the fetus (feelings of awe are not uncommon when looking at miniature fingers and fingernails, heart, intestines, kidneys, adrenal glands), even as we simultaneously have complete disregard for it. Then I rushed upstairs to take overnight call on labour and delivery. The first patient that came in was prematurely delivering at 23-24 weeks. As her exact gestational age was in question, the neonatal intensive care unit (NICU) team resuscitated the premature newborn and brought it to the NICU. Later, along with the distraught**

**parents, I watched the neonate on the ventilator. I thought to myself how bizarre it was that I could have legally dismembered this fetus-now-newborn if it were inside its mother's uterus - but that the same kind of violence against it now would be illegal, and unspeakable.**

**Lisa Harris continues to do abortions and boasts of her abortions, championing the feminist agenda despite the promptings of the Holy Spirit which were given to her when she was pregnant! Why? She worships the unholy trinity: Me, Myself and I which eclipses all understanding of Truth and Love! Many fail to acknowledge this reality! St. Benedict: "The changeableness of out nature is extreme and by the end of life it will test the firmest will. The virtue of fortitude constantly exercised, preserved and sustained until our last day constitutes perseverance. In the world of souls there are as many abysses of wickedness and sin as there are heights of holiness. We make up for our sins by exercising greater acts of fidelity, a habitual state of compunction and contrition rendering the soul firm in its horror of evil and advancement in virtue and love of God".**

**On entering the death camp, she entered the rooms where tens of thousands of innocent babies were brutally tortured and murdered. She gazed at the table where the mothers' laid to abort their children and this is what she saw:**

**I saw despair lying there; lying there in the faces of women who could not accept love really exists and if it did, it would never exist for them!**

**I saw anger lying there; life was seen as a loveless, joyless proposition, whereas murder was even better!**

**I saw helplessness lying there; helpless women herded toward abortion by family or friends who believed their duty was to allow nothing outside their own pleasure to live!**

**I saw laughter lying there; the laughter of women who thought life was a joke!**

**Abortion clinics are the modern day concentration camps where women are driven by the tide of their own sins, anger, fears and despair!**

**Abortion is not an aid to desperate women; it is an abandonment!**

**Abortion clinics are the modern day concentration camps where women are driven by the tide of their own sins, anger, fears and despair. You can rip a baby from its mother's womb but not from its mother's**

heart. How many tears do mothers have to shed over the blood of their murdered children before America and the world repents of this senseless and brutal debasement of mothers.

**"Abortion is a mother killing her baby, a doctor killing his patient, a Judge shirking his duty and a world turning its back". All the wars ever fought, All the Holocausts ever perpetrated, All the famines that have ever raged, All the plagues that have ever ravished and all the terrorists that have ever killed put together have not killed as many people and babies that have been murdered by abortion".**

**St. Benedict: "The changeableness of out nature is extreme and by the end of life it will test the firmest will. The virtue of fortitude constantly exercised, preserved and sustained until our last day constitutes perseverance. In the world of souls there are as many abysses of wickedness and sin as there are heights of holiness. We make up for our sins by exercising greater acts of fidelity, a habitual state of compunction and contrition rendering the soul firm in its horror of evil and advancement in virtue and love of God".**