Dear Mr. Stephen Brennwald,

I am Rev. Andrew Buechele, Sch.P. a Roman Catholic priest belonging to the Piarist Fathers, a religious order of teaching priests established in the R.C. church in 1621 by St. Joseph Calasanctius. I was ordained to the priesthood in 1969 in Washington, DC. I have done pastoral work and high school teaching in the order since my ordination, but in 1974 I was given permission to pursue advanced studies in Materials Science and Engineering (M.S.&E.) I received my Ph.D. in M.S.&E. from Cornell University in 1982. Since 1983, I am a staff scientist and part time faculty member in The Vitreous State Laboratory (VSL) at The Catholic University of America in Washington, DC. In the 1960's, VSL was founded by two of Catholic University's professors to further studies of various types of glasses and of other classes of amorphous materials. Much of VSL's work over past years has focused on formulating glasses and processing methods to incorporate and stabilize nuclear waste from the cold war era for safe and permanent storage and disposal. At VSL, I have been active in research, published results in scientific journals, taught, and have been for the past 10 years or so, director of the electron microscopy and microstructural characterization facility for VSL. I am still also active in pastoral ministry as time and my health permit (I am 81).

I have known Joan Andrews Bell since she and Chris Bell were married on October 27, 1991. I have found her a very compassionate, gentle, and loving person having strong moral and religious convictions, as is her husband Chris, whom I have known since 1982 when we met while working at the Covenant House Shelter in NYC.

Of their seven children, six are adopted, five with special needs. In adopting, Joan and Chris have always sought to find and accept children with special needs, frequently exceptional, and to make them feel as true and equal members of their family. The couple has always made every effort to address the special needs of their children at the best level possible with available resources, but their deep mutual love and spirituality underlie those efforts.

Over the years on occasion, I have bee privileged offer hospitality to Chris, Joan and some of their children at the Piarist Fathers residence in Washington, DC. There was at least one occasion when I visited them at their home in Montague, NJ, and, while present in their home, offered a catholic Mass for

their intentions. I was always impressed at the level of love evident in their family life. Clearly, the efforts of Joan and Chis as a wife and husband Team in creating a true, loving home for their children have been successful, an example to be admired and imitated. Their success is clearly an example of what family life can be, even in the face of significant challenges.

The pain of Joan's absence is keenly felt presently by Chris, and by the children who need both their parents. For this reason, the Team deserves to be reunited.

Sincerely,        Fr. Andrew Buechele

Rev. Andrew Buechele, Ph.D.
Microscopy Facility Director, Vitreous State Laboratory
The Catholic University of America
409 Hannan Hall, 620 Michigan Av NE
Washington, DC   20064
202-319-4995     fax: 202-319-4469       buechele@cua.edu