Karin M. Burke, Esq.
5 Burke Lane
Brick NJ 08724
(732) 458-3828
November 29, 2023

The Honorable Judge Colleen Kollar-Kotelly
The U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

RE: <u>Character Letter for Mrs. Joan Andrews Bell  (USA v Bell)</u>

Dear Judge Kollar-Kotelly,

I write this character letter in support of Mrs. Joan Andrews Bell who is before Your Honor for sentencing.

The purpose of my letter is to attest to the stellar character of Mrs. Joan Bell and to her many outstanding personal qualities, and to implore Your Honor for the maximum leniency in her sentence.

I have known Joan Bell as a friend for more than 30 years. I first met Joan on the occasion of her 1991 wedding to her husband Chris. Over the years I have watched Joan raise her family of 7 children and then welcome 6 grandchildren. I consider Joan and Chris Bell as part of my extended family.

My background includes that I am an attorney, a former prosecutor (Assistant District Attorney) and a former State Supreme Court Justice nominee. I have served as an Advisor to the Holy See Mission to the United Nations and as a Member of the ProLife Commission of the Archdiocese of New York founded by Timothy Cardinal Dolan.

In my opinion, Joan Bell is a person of the highest moral character. She is a person of great honesty and integrity. She will choose to do something because it is the right thing to do, even though it may inconvenience her personally. Joan is a person of great moral clarity and consistency.

Joan is a devout Roman Catholic and a person of great faith and love of God and His Blessed Mother. Joan's faith and devotion to Our Lord is an inspiration to all. Joan is a saintly yet very humble person, who reminds me very much of Saint Mother Teresa of Calcutta, whom I once had the privilege of meeting. Like Mother Teresa, Joan is also very down-to-earth, humble, joyful, yet filled with the love of God.

Those of us who know Joan are aware that she is a committed pacifist. She has a very peaceful nature and would never harm anyone. I have never heard Joan raise her voice, or display anger towards anyone, or speak harshly to or about anyone. She is always very charitable in her speech towards others.

I also observed Joan to be a very loving mother and grandmother to her 7 children and 6 grandchildren. Joan has enormous patience with children and never have I seen her display anger or irritation with them – or with anyone for that matter. When children need to be corrected, she does so in a very positive, patient and gentle way.

It takes a very special and generous-hearted person to willingly adopt 6 children, 5 of whom had various degrees of special needs and disabilities. Joan and her husband welcomed these children with great love and cared for all their children beautifully and faithfully through the years as their children grew to young adulthood.

The fact that all of Joan's 7 children have grown up to become amazingly decent, good, kind, and loving young adults, and in several cases loving parents of their own children, speaks volumes as to the wonderful and loving mother who raised them. These 7 children are a living testament to Joan's goodness much more than anything that I could say.

Joan displays the same kindness and caring to her extended family of friends as she does to her family. I have been a guest in Joan's home many times. Her home is always a place of love and joy and peace, where all are welcomed, which is a reflection of the person that Joan is. Joan and her husband always unhesitatingly share whatever they have with others.

Joan is a deeply caring person and a loyal friend. I recall that when a friend of Joan's lost her apartment and was homeless, Joan went above and beyond to try and find this lady a place to live. Joan even offered this lady to stay in her own home for a while until she could get back on her feet.

Joan has always been very kind to my young son and always very supportive of him and interested in his life. When my son made his First Holy Communion, Joan and her husband drove for several hours just to see him receive the sacrament at our church and to be able to spend a few minutes with him on this joyous occasion.

Joan is very compassionate and caring to everyone, especially those who are most in need. For example, one evening Joan was late in arriving to a party at my home. I later found out that the reason for the delay was that on their way to my home, Joan and her husband had stopped to assist a stranded motorist – a woman who was a complete stranger – whose car had broken down on the road at night.

In short, if you will take the word "Love" in the scripture passage, 1st Corinthians 13:4-8 ("Love is patient, love is kind . . .") and substitute "Joan," I believe you will have a most accurate description of the character of Joan Bell.

Finally, I would like to point out to Your Honor that Joan is a cancer survivor and not long ago was seriously ill and had to undergo major surgery. I am deeply concerned that a long prison sentence may negatively affect Joan's health and, given her age of 74, a lengthy sentence to someone in compromised health may indeed be a death sentence.

In conclusion, in view of her stellar and exemplary character, and for the sake of her loved ones, her husband, children and grandchildren, I respectfully implore Your Honor to extend your mercy to Joan Andrews Bell and give her the shortest sentence possible.

Thank you for your consideration.

Very truly yours,

*Karin M. Burke*

Karin M. Burke