The Honorable Judge Colleen Kollar-Kotelly
The U.S. District Court for the District of Columbia
333 Constitution Avenue , N.W.
Washington, D.C.  20001

Re:  **Character reference for Joan Bell**

Dear Judge Kollar-Kotelly,

My name is John Daniel Donlan. I am 71 years old and currently retired from the manufacturing industry. During my working life I was employed as an industrial arts teacher, a machinist, a manufacturing engineer, and finally as a quality assurance engineer (in the aerospace and military weaponry industries).

In 1989 I felt moved to actively become involved in trying to stop the mass murder of infants in the womb through abortion. So much so, that I gradually gave up my engineering career and pursued engaging in "abortion rescues", both here in the United States and in Europe. After all, a person's got to do what they have to do….. and at this time I felt this was the right thing for me to do.

I had repeatedly heard the term "wait till you meet Saint Joan!"..... Over and over again from various fellow rescuers. I asked who this 'St. Joan' person was, and they explained that they were referring to Joan Andrews.

Your Honor, it was in February of 1990 that I took part in a rescue up in Burlington, Vermont with 94 other people from around this part of the country. Since there was no room to put 95 people in jail in a hurry, the authorities decided to transport us in police vans to an empty building in the state mental hospital for the criminally insane, 20 miles away, in Waterbury, Vermont. It was there that I met Joan Andrews (the 'St. Joan' that I had been told about).

**<u>Joan's compassion and peacemaking</u>**...

During our 70 days in internment there I gradually came to know why people were calling Joan Andrews "St. Joan" (I admit I was skeptical at first). She showed great compassion and selflessness not only among our fellow rescuers – but also among the guards who were tasked with watching us.

But the one thing that convinced me – more than anything else – of Joan's saint-like nature was how she reacted to one of our fellow inmates, an elderly gentleman named Gus Turko. Normally, Gus was the kind of person anybody would come to like and feel comfortable with, and Joan treated him with fraternal love and affection. But Gus had a heart condition, and when he would take medicine that the guards would administer for his heart – he would turn into a

raving maniac. This ever so gentle and friendly person would start yelling and screaming and cursing at the top of his lungs about how much he hated Joan, and what a terrible person she was (there was no foundation for any of these accusations). And yet, with all the love in her heart, Joan would urge us all to forgive Gus and not hold any resentment toward him for the terrible things that he said. She explained that he couldn't help himself, that the medicine was making him "crazy" temporarily – and she was right. Once the medication wore off….. Gus became his old sweet self again! Joan had helped to deflate any future anger or arguments we would have in the future with Gus.

**Joan's love, wisdom, generosity, and fortitude**…

Shortly after Joan was released from jail she became engaged to Chris Bell, who had founded and was running Good Counsel Homes at that time (a charitable organization that houses homeless pregnant women and their babies and toddlers).

Joan and Chris gave birth to one child, Mary, and then proceeded to gradually expand their family over the years by adopting six handicapped children. I would often visit their home, and as soon as I entered I could feel the love in the air – it was palpable. Many are the times when I would wish to help out one of her kids who was struggling at the dinner table – to pick up a dropped utensil or put food on his or her plate – and Joan would caution me, "No John, let them do it themselves. They have to learn." (....and she was so right, because those kids are all grown up today and totally independent!).

And they were difficult times in the beginning, when dollars were few, when I would witness Joan making excuses for not eating – while she made sure that her kids plates were full. I saw this selfless generosity acted out time and time again.

There were hours…. countless hours, actually….. that I watched Joan helping each child to overcome their handicap. She would put them through physical therapy exercises, and teach them little tricks of how to deal with whatever physical difficulty they were encountering.

But I think the thing that I most admired Joan for during those years was the love that she instilled in those children for each other. Those kids did not have to be asked to help a brother or sister do something: they would just do it automatically out of fraternal compassion – and that had been  taught to them….. by Joan.

**Joan's loyalty and obedience**…

And now, your Honor, I'm going to tell you something more about Joan Bell……but maybe I shouldn't (considering the current climate of our society).

You see, in today's society a person is "looked down upon" for being loyal to their spouse (look at how many divorces we have today, and how few marriages stick together). And yet, over the years I have witnessed… IN EVERY CIRCUMSTANCE…Joan's uncompromising loyalty and dedication to her husband, Chris – as father, husband, and head of their household. On various occasions I would find myself telling her, "Joan, you know you have to do (this) or (that).... It's the only thing that makes sense!" But she would always explain to me that it could only be done with Chris's approval. Now, your Honor, this was not the remark of a spineless weak woman – it was the remark of a woman possessed of uncommon character, love, loyalty, and devotion to her partner in life.

I was there when John and Chris got married, and I fully expect and look forward to being there at their 50th wedding anniversary….. and beyond.


**In conclusion**…

Your Honor, as the dully-appointed judge in this case I have to respect your decision concerning Joan Bell's impending sentence – otherwise, I could never look at another American flag with pride again….. because I know what it's like in other countries that do not have our freedoms and system of justice. I had a taste of that over in Europe (when I was doing abortion rescuing there 1990, as I mentioned earlier).

But I ask you to consider this, Your Honor: is Joan Bell the type of person that should be hidden away from the world (like a bank robber, a rapist, a counterfeiter, or school shooter)...... Or is she the type of person that our world needs more of….. a person who can do much more good to come?

Thank you, Your Honor for taking the time to read this short testimony.

Sincerely,
John Donlan