22 Wanaque Terrace
Ringwood, NJ 07456
November 30, 2023

Honorable Judge Colleen Kollar-Kotelly

RE:    Joan Andrews Bell
       Character Reference Letter

Dear Judge Kollar-Kotelly

We are writing this letter to you to bear witness to our first-hand knowledge of Joan Andrews Bell's character. We have known Joan and her husband Chris for their entire married lives. We actually met Joan a few years before they married.

If there's one word I could use to describe Joan's character it would be love. Joan knows what it means to love unconditionally and knows how to put her love into action.

Joan is personally responsible for our adoptions of 2 of our children who have now grown to adulthood and have brought 4 very precious grandchildren into our lives. Back in the early 1990's Joan traveled to Mexico seeking to adopt seriously handicapped children whom nobody else wanted. As a result of that trip she returned with the first 2 of her handicapped children. But while she was there, she met a little 7 year old girl who was not physically handicapped but still needed a family. Sometime later Joan asked us if we would consider adopting this little girl, which we did.

Some years later, the story repeats itself except this time it was a little boy from Romania who needed a family quickly before the Romanian system could designate him no longer available to adopt. We pursued the adoption and now our son is all grown up as well.

Joan's loving heart is what drove her to seek families for these two children who are now valued members of our family.

We were also present when she adopted her other children as well giving them all a loving home when nobody else would.

Joan never thinks of herself. She is always looking to see what you may need and trying to fulfill that need. Once when we were visiting her family we happened to mention that the rose bush in front of her house was so pretty. Next thing you know she showed up with a pail and shovel so she could dig up the rose bush and give it to us take home.

That's the way Joan is. She will literally give you the shirt off of her back if she thinks you need it. If you're planning to sleep over at her house and there's no bed available she'll sleep on the floor so you

can have a bed. She is always offering her hospitality to whomever she encounters if they need a place to live or food to eat.

There is literally nothing she won't do if she thinks you are in need.

Joan is a woman of deep faith. She practices her Catholic faith with affection and devotion.  She attends daily Mass when she can and has raised all of her family to do the same.

We hope you will consider the great loss that not only her family and friends will experience by an extended incarceration but also take into consideration that her contribution of love to the world around her will be lost; love that the world is in sore need of these days.

                                                     Sincerely,
                                                   *Robert Shaw*
                                                   *Nadine Shaw*